UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EARTHSTONE INTERNATIONAL LLC,<br><br>     Plaintiff and Counter-Defendant,<br><br>   v.<br><br>FREDERICK HART CO., INC., d/b/a COMPAC INDUSTRIES, INC.,<br><br>     Defendant and Counter-Plaintiff. | Case No. 1:13-CV-00634-KJG-KBM<br><br>JURY TRIAL DEMANDED |

# SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a **COMPLEX** track classification. Having given due consideration to the parties' joint proposal set forth in the Joint Status Report, the Court adopts the following discovery plan with the understanding that the final seven deadlines (accompanied by an asterisk) are merely suggested trial-related deadlines for the presiding trial judge's consideration:

| Action | Deadline |
|---|---|
| Participate in Rule 26(f) Conference | February 24, 2014 |
| Exchange Initial Disclosures under Rule 26(a)(1) | March 03, 2014 |
| File Rule 26(f) Report | March 03, 2014 |

| | |
|---|---|
| Serve Infringement Contentions[1] | May 2, 2014 |
| Deadline to File Motions to Join Other Parties or Amend Pleadings | May 30, 2014 |
| Serve Invalidity Contentions | June 18, 2014 |
| Simultaneous Exchange of Claim Term Identifications and Proposed Constructions | September 3, 2014 |
| Simultaneous Exchange of Proposed Construction of Claim Terms Identified by the Opponent | September 17, 2014 |
| File Joint Claim Construction and Prehearing Statement | October 1, 2014 |
| Close of Claim Construction Discovery | November 5, 2014 |
| Both parties file Simultaneous Opening Claim Construction Briefs | November 19, 2014 |
| Both parties file Simultaneous Responsive Claim Construction Briefs | December 17, 2014 |
| *Markman* Claims Construction Hearing | On or about January 21, 2015 |
| Deadline to Complete Fact Discovery | June 17, 2015 |
| Serve Opening Burden-of-Proof Expert Reports | July 29, 2015 |
| Serve Rebuttal Expert Reports | August 28, 2015 |
| Deadline to Complete Expert Discovery | September 30, 2015 |
| File Opening Summary Judgment and *Daubert* Motions | October 28, 2015 |
| File Oppositions to Summary Judgment and *Daubert* Motions | November 18, 2015 |
| File Reply Summary Judgment and *Daubert* Motions | December 2, 2015 |
| File and Exchange Pretrial Disclosures under FRCP 26(a)(3) *[witness list; deposition designations; exhibits]* | January 20, 2016 * |
| File Motions in Limine | January 20, 2016 * |

---

[1] The Patent Disclosures set forth herein shall be made in accordance with the Patent Rules of the Northern District of California. See http://www.cand.uscourts.gov/localrules/patent.

| | |
|---|---|
| File and Exchange any Objections to Depositions and any Deposition Counter-Designations and any Objections to Exhibits | February 3, 2016 * |
| File Oppositions to Motions in Limine | February 3, 2016 * |
| Deadline for Parties to Exchange and Mark all Exhibits | February 8, 2016 * |
| File Pretrial Briefs accompanied by Requested Voir Dire Questions and Jury Instructions (only portions of filing to be served on opposing counsel) | February 16, 2016 * |
| Jury Selection followed by Trial | February 23, 2016 * |

The discovery deadlines set forth above shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause. These deadlines shall be construed to require that identified discovery be <u>completed</u> on or before the above date. Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline. A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline. The pendency of dispositive motions shall not stay discovery.

Motion practice, including the timing of responses and replies, shall be conducted in compliance with the requirements set forth in D.N.M.LR-Civ. 7. None of the above deadlines are intended to extend the twenty-one (21) day time limit in D.N.M.LR-Civ. 26.6. Any pretrial motions filed after the above dates shall, in the discretion of the Court, be considered untimely. If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

Deadlines for filing a consolidated final Pretrial Order will be established by the trial judge. The Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is

furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial.  Any exceptions thereto must be upon order of the Court for good cause shown.

    IT IS SO ORDERED.

    DATE:  March 13, 2014.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE