UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EARTHSTONE INTERNATIONAL LLC, ) | |
| ) | |
| Plaintiff and Counter-Defendant, ) | Jury Trial Demanded |
| ) | |
| v. ) | Case No. 1:13-cv-00634-KG-KBM |
| ) | |
| FREDERICK HART CO., INC., d/b/a ) | |
| COMPAC INDUSTRIES, INC., ) | |
| ) | |
| Defendant and Counter-Plaintiff. ) | |

## ORDER ON JOINT STPULATED DISMISSAL

This matter comes before the Court on the parties' Joint Stipulated Dismissal of the First Amended Complaint and Counterclaims with Prejudice.

It is therefore hereby ORDERED that the Stipulated Dismissal is granted and the First Amended Complaint and Counterclaims are hereby dismissed in their entireties with prejudice.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Distribution to:

Steven G. Cracraft
scracraft@bscattorneys.com
Jeffrey L. Squires
jsquires@peacocklaw.com
*Attorneys for Plaintiff, Earthstone International, LLC*

Charles A. Armgardt
caa@modrall.com
Stephen R. Risley
srisley@srtslaw.com
*Attorneys for Defendant Frederick Hart Co., Inc.*
*d/b/a Compac Industries, Inc.*